97 A.3d 737

**Clifton PARKER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 67 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 11, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

97 A.3d 738

**Carlos MUHAMMAD, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.**

**No. 83 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 11, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2014, the "Notice of Appeal *Nunc Pro Tunc* " is **DENIED.**